The Order of Court is stated below:
Dated: September 25, 2014   /s/ David Connors
10:29:05 AM   District Court Judge



Greg S. Ericksen (1002)
Attorney at Law
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011
Telephone:  (801) 299-5519
Facsimile:  (801) 299-9799

Mark M. Bettilyon (4798)
Liesel B. Stevens (10431)
RAY QUINNEY & NEBEKER PC
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543

*Attorneys for Plaintiff*

## IN THE SECOND JUDICIAL DISTRICT COURT, STATE OF UTAH

## DAVIS COUNTY, FARMINGTON DISTRICT

| | |
|---|---|
| ORBIT IRRIGATION PRODUCTS, INC., a Utah Corporation, dba ORBIT IRRIGATIONS PRODUCTS (NINGBO) L.T.D.,<br><br>Plaintiff,<br><br>vs.<br><br>JANICE CAPENER, an individual, aka Janice Kuang, aka Janice White, aka Jie Kuang, aka Janice Kuang Capener, aka Janice J. Kuang; aka Janice K. Capener; DAN CAPENER, an individual; SUNHILLS INTERNATIONAL, LLC, a California limited liability company; RONG PENG, an individual; CHARLIE CRUMP, an individual; and DOES 1-10,<br><br>Defendants. | **INJUNCTION AGAINST JANICE CAPENER, DAN CAPENER, AND SUNHILLS INTERNATIONAL, LLC**<br><br><br>Case No. 100700404<br><br>Judge David M. Connors |

Pursuant to the Court's Ruling and Order on the Motion for Terminating Sanctions filed by Plaintiff Orbit Irrigation Products, Inc. ("Orbit"), and for good cause appearing,

IT IS HEREBY ORDERED that:

(1)   Janice Capener, Dan Capener, and Sunhills International, LLC ("Sunhills") and their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive notice of this injunction are permanently enjoined from directly or indirectly, using, disclosing, or disseminating in any manner any of Orbit's trade secrets, including, but not limited to, information constituting or concerning Orbit's product specifications, the sources of Orbit's products, the costs or pricing of Orbit's products, product prototypes, product concepts and ideas, marketing goals and strategies, financial projections, and sales, revenues, and other non-public financial information.

(2)   Janice Capener, Dan Capener, and Sunhills and their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive notice of this injunction are also enjoined from directly or indirectly:

(a)   working for a competitor of Orbit;

(b)   engaging in work of the kind Ms. Capener performed for Orbit involving products or processes similar to the products or processes with which Ms. Capener worked until and including November 30, 2011;

(c)   soliciting business from, or calling on or communicating with, any client or customer of Orbit's, or any person responsible for referring business to Orbit, regarding the sprinkler or irrigation or plumbing business, with respect to which Ms. Capener had contact or responsibility for developing, facilitating, maintaining, and/or servicing from November 15,

2

2007 through the end of her employment with Orbit, including, but not limited to, Lowe's and Home Depot, or assisting any person or entity in engaging in any of the foregoing acts;

  (d) soliciting or recruiting, or assisting any person or entity in soliciting or recruiting, any employee of Orbit who worked for Orbit during the time Ms. Capener worked for Orbit.

  (3) The provisions found in paragraph 2 of this Order shall remain in force for at least three years after the termination of all litigation between Defendants and Orbit, but not less than five years from the date of entry of this Order.

  (4) Defendants shall also return to their counsel of record all copies of all trade secret information in their possession, custody or control. This return of information shall include any and all Orbit financial data, including all copies of any data Defendants originally produced in the bates range D003812 – 3830, D005785 – 5796, D008823 – 8871, and D011755 – 14053 and all other copies of such data, whether electronic or hard copy and all documentation which was created using any of this data and any other information which Defendants have in their possession relating to Orbit which Defendants acquired from Orbit or any other non-public source.

* * *END OF ORDER* * *

Approved as to form:

/s/ Mark M. Bettilyon
Mark M. Bettilyon
RAY QUINNEY & NEBEKER

Greg S. Ericksen
Attorneys for Plaintiff

<u>/s/ Michael G. Brady</u> *
Michael G. Brady
BRADY LAW CHARTERED
Attorneys for Defendants
*Filed for Michael G. Brady with his permission by Mark M. Bettilyon

1272819

4